

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-14-00032-CR

Lisa Denise **VACCA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8262
The Honorable Angus K. McGinty, Judge Presiding

## O R D E R

On January 10, 2014, the Bexar County District Clerk's Office submitted an appeal in cause number 2012-CR-8262. Thereafter, on January 15, 2014, the District Clerk submitted a letter informing this court that the notice of appeal was submitted in error, and that the defendant did not file a notice of appeal. Accordingly, we ORDER the appeal administratively closed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court